**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

| | |
|---|---|
| Bejay Harley, )<br>)<br>　　　　　Plaintiff, )<br>)<br>vs. )<br>)<br>Richland County Public Defender's Office, )<br>Richland County Coroner's Office, Palmetto )<br>Health, Dr. Clay Nichols, and Richland )<br>County, )<br>)<br>　　　　　Defendants. )<br>_____) | Case No.: 3:10-CV-2711-JFA<br><br><br><br><br>**STIPULATION OF DISMISSAL<br>WITHOUT PREJUDICE AS TO<br>DEFENDANT PALMETTO HEALTH** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses, without prejudice, Defendant Palmetto Health from the above-captioned action.

WE SO STIPULATE:

/s  Paul S. Landis                                    /s  Tara D. Shurling (w/ express consent)

| | |
|---|---|
| James W. Fayssoux, Jr. / Fed ID No. 7449<br>Paul S. Landis / Fed ID No. 10084<br>FAYSSOUX LAW FIRM, P.A.<br>P.O. Box 10207<br>Greenville, SC  29603<br>864-233-0445<br>864-672-3706 (fax)<br>wally@fayssouxlaw.com<br>paul@fayssouxlaw.com<br>Attorney for Plaintiff | Tara D. Shurling, Esquire # 6146<br>Law Offices of Tara Dawn Shurling, P.A.<br>3614 Landmark Drive, Suite D<br>Columbia, SC  29204<br>803-738-8622<br>803-738-1600 (fax)<br>tdslaw@shurlinglaw.com<br>Attorney for Plaintiff |

Dated: January 21, 2011

(DEFENSE COUNSEL SIGNATURE PAGES TO FOLLOW)

2

/s  Daniel R. Settana, Jr. (w/ express consent)

Daniel R. Settana, Jr., Esquire # 6065
MCKAY, CAUTHEN, SETTANA & STUBLEY, P.A.
1303 Blanding Street (29201)
P.O. Drawer 7217
Columbia, SC  29202
803-256-4645
803-765-1839 (fax)
dsettana@mckayfirm.com
Attorneys for Defendant Richland County
Public Defenders Office

/s  Monteith P. Todd (w/ express consent)

Monteith P. Todd, Esquire # 3125
SOWELL GRAY STEPP & LAFFITTEE, LLC
1310 Gadsen Street (29201)
Post Office Box 11449
Columbia, SC  29211
803-231-7837
803-231-7887 (fax)
mtodd@sowell.com
Attorneys for Defendant Palmetto Health

/s  James E. Bradley (w/ express consent)

James E. Bradley, Esquire # 6330
MOORE, TAYLOR & THOMAS, P.A.
1700 Sunset Blvd. (29169)
Post Office Box 5709
West Columbia, SC  29171
803-796-9160
803-791-8410
ward@mttlaw.com
Attorney for Defendant Dr. Clay Nichols

/s Kristy M. Grafton (w/ express consent)
_____
William H. Davidson, II, Esquire #425
Kristy M. Grafton, Esquire # 10276
DAVIDSON & LINDEMANN, P.A.
1611 Devonshire Drive, Second Floor
Post Office Box 8568
Columbia, SC  29202
803-806-8222
803-806-8855 (fax)
wdavidson@dml-law.com
kgrafton@dml-law.com
Attorneys for Defendants Richland County and
Richland County Coroner's Office