**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

| | |
|---|---|
| Bejay Harley, ) | Case No.: 3:10-CV-2711-JFA |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **STIPULATION OF DISMISSAL** |
| Richland County Public Defender's Office, ) | |
| Richland County Coroner's Office, Palmetto ) | |
| Health, Dr. Clay Nichols, and Richland ) | |
| County, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their respective counsel that the above-captioned action is voluntarily dismissed against all remaining defendants in this action, including Defendants Richland County Coroner's Office, Dr. Clay Nichols, and Richland County, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

WE SO STIPULATE:

/s Paul S. Landis
_____
James W. Fayssoux, Jr. / Fed ID No. 7449
Paul S. Landis / Fed ID No. 10084
Fayssoux Law Firm, PA
(864) 233-0445

Tara Dawn Shurling
Law Offices of Tara Dawn Shurling, PA
(803) 738-8622

Attorneys for Plaintiff

September 13, 2011

/s William H. Davidson, II
_____
William H. Davidson, II
Davidson & Lindemann, PA
(803) 806-8222
Attorney for Richland County Coroner's Office and Richland County

/s James Edward Bradley
_____
James Edward Bradley
Moore Taylor & Thomas, PA
(803) 796-9160
Attorney for Dr. Clay Nichols